UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>LOI TAN NGUYEN              </u>,
                Plaintiff,

           v.                          Civil Action No.  04-11781-DPW

<u>NMT MEDICAL, INC.           </u>,
                Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reasons(s): Plaintiff has sufficient funds to pay the $150.00 filing fee.

☒    If plaintiff wishes to proceed with this action, he shall, within 35 days of the date of this order, pay the $150.00 filing fee or this action shall be dismissed without prejudice.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 10/29/04                                          /s/ Douglas P. Woodlock
DATE                                            UNITED STATES DISTRICT JUDGE