Receipt No 59910

Loi Tan Nguyen
  Plaintiff

  V.                                    Civil Action
                                        No. 1:04-cv-11781
NMT Medical, Inc.
  Defendant


Motion for sealing public Records of the case.

The plaintiff would like to request the court to seal all public Records of the case no listed above for the following Reason.

Plaintiff would like to have Medical Record and evaluation and the Complaint to be confidential.

Thank you for consideration.

[signature]

Loi Tan Nguyen