UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOI TAN NGUYEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NMT MEDICAL, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 04-CV-11781-DPW |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the undersigned counsel for defendant NMT Medical, Inc. states that NMT Medical, Inc. does not have a parent company and that no publicly traded company owns more than 10% of the stock of NMT Medical, Inc.

NMT MEDICAL, INC.

By its attorneys,

/s/ Julie Murphy Clinton
Jessica A. Foster  (MA Bar #636841)
Julie Murphy Clinton (MA Bar #655230)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Dated:  January 24, 2005

## CERTIFICATE OF SERVICE

I, Julie Murphy Clinton, hereby certify that on January 24, 2005, I caused a copy of the foregoing Motion to Dismiss to be served, by first class mail, upon the plaintiff Loi Tan Nguyen.

/s/ Julie Murphy Clinton
Julie Murphy Clinton