UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 14 A 9: 28

ACTACHMENT 1

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOI TAN NGUYEN<br>Plaintiff | |
| V. | CIVIL ACTION<br><br>NO. 04-11781-DPW |
| NMT Medical, Inc.<br>Defendant | |

## MOTION FOR OPPOINTMENT OF COUNSEL

### Parties

1) The plaintiff is a resident of 92 Saint Marks Road, Dorchester, MA 02124 and a citizen of the United States.
2) The defendant NMT Medical Inc. is located at 27 Wormwood Street, Boston, MA 02210

### Jurisdiction

3) Plaintiff believes that in order to have a fair trial it is necessary to ask the court again for appointment of an attorney to represent plaintiff in the trial.
4) Plaintiff has been unable to retain a lawyer and believe that justice is being hindered.
5) Plaintiff's mental stability may be insufficient to self-represent in the trial due to worsen chronic insomnia.
6) Plaintiff will agree to pay the attorney's fee based on the plaintiff's financial affordability.

*[signature]*

Loi Tan Nguyen
92 Saint Marks Rd. #1
Dorchester, MA 02124
Tel.: 617 282 2756