UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOI TAN NGUYEN,<br><br>       Plaintiff,<br><br>v.<br><br>NMT MEDICAL, INC.<br><br>       Defendant. | Civil Action No. 04-CV-11781-DPW |

## NMT MEDICAL, INC.'S RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, defendant NMT Medical, Inc. and its counsel affirm that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

NMT MEDICAL, INC.
By its attorneys,                                        By it is representative,


/s/ Julie Murphy Clinton                                 /s/ Cara Hard
Jessica Foster  (MA Bar #636841)                         Human Resources Manager
Julie Murphy Clinton  (MA Bar #655230)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000


Dated: March 17, 2005

## CERTIFICATE OF SERVICE

    I, Julie Murphy Clinton, hereby certify that on March 17, 2005, I caused a copy of the foregoing certification to be served by first-class mail upon the plaintiff, Loi Tan Nguyen.

                          /s/ Julie Murphy Clinton
                          Julie Murphy Clinton

US1DOCS 4990196v1