UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOI TAN NGUYEN,<br><br>        Plaintiff,<br><br>v.<br><br>NMT MEDICAL, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-CV-11781-DPW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT IN PREPARATION FOR
## SCHEDULING CONFERENCE

On May 18, 2005, the parties participated in a mediation before Jonathan Canter, Esq. for approximately five hours, but were unable to successfully resolve this dispute.

**I.  PROPOSED PRETRIAL SCHEDULE**

The parties propose that discovery be conducted along the following schedule:

| Deadline | Event |
|---|---|
| June 30, 2005 | Complete automatic discovery consistent with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A). |

**III.  TRIAL BY JUDGE AND JURY**

|  |  |
|---|---|
| | Respectfully submitted, |
| Loi Tan Nguyen | NMT Medical, Inc. |
| Pro se,<br>_/s/ Loi Tan Nguyen_<br>Loi Tan Nguyen<br>92 Marks Road #1<br>Dorchester, MA 02124<br>(617) 282-2756 | By its attorneys,<br><br>/s/ Julie Murphy Clinton<br>Jessica A. Foster (BBO# 636841)<br>Julie Murphy Clinton (BBO# 655230)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |