UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LOI TAN NGUYEN**
         **Plaintiff,**

         v.                                        **CIVIL ACTION**
                                                    **NO.04-11781-DPW**

**NMT MEDICAL, INC.**
         **Defendant..**

## SECOND ORDER OF REFERRAL TO ADR PROGRAM

**WOODLOCK, D.J.**

The above captioned matter is referred for mediation Magistrate Judge Joyce L. Alexander with the Court's ADR program.

Upon the conclusion of mediation, the parties shall advise the Court as to the status (i.e., whether the case has settled or not).

The parties shall contact the ADR coordinator to arrange for mediation to be scheduled as soon as possible.

                                        By the Court,

                                        /s/ Michelle Rynne
DATED: August 22, 2005                  Deputy Clerk