**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LOI TAN NGUYEN
        Plaintiff(s)

V.

NMT MEDICAL, INC.
        Defendant(s)

CIVIL ACTION

NO. 04-11781 DPW

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO DISTRICT JUDGE WOODLOCK

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On December 20, 2005 I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    __X___ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. The plaintiff did not want to mediate.

[ ]    Suggested strategy to facilitate settlement:

DECEMBER 20, 2005    /S/ JOYCE LONDON ALEXANDER
DATE    ADR Provider
    UNITED STATES MAGISTRATE JUDGE

(CV04-11781 - NGUYEN - ADR Report.wpd - 4/12/2000)    [adrrpt.]