UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOI TAN NGUYEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NMT MEDICAL, INC. )<br>)<br>    Defendant. )<br>) | Civil Action No. 04-CV-11781-DPW |

## ASSENTED TO MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE

Defendant NMT Medical, Inc. hereby moves this Court to extend the deadline for filing motions for summary judgment in this case from July 27, 2006 to August 29, 2006. As grounds for this motion, the Defendant states as follows:

(1)   The Defendant seeks this extension due to an unexpected medical issue affecting its counsel. This limited extension will not cause any party prejudice nor necessitate any additional expenditure of resources by the Court.

(2)   Defendant's counsel has consulted with the Plaintiff Loi Tan Nguyen who assents to the extension of time requested.

WHEREFORE, Defendant respectfully requests the Court to allow this motion and extend the deadline for motions for summary judgment to August 29, 2006.

2

The parties have conferred pursuant to Local Rule 7.1(A)(2).

| Assented to: | NMT MEDICAL, INC. |
|---|---|
| LOI TAN NGUYEN | By its attorney, |
| Pro se, | /s/ Julie Murphy Clinton |
| | Julie Murphy Clinton  (BBO# 655230) |
| /s/ Loi Tan Nguyen | Wilmer Cutler Pickering |
| Loi Tan Nguyen | Hale and Dorr LLP |
| 92 Marks Road # 1 | 60 State Street |
| Dorchester, MA 02124 | Boston, MA  02109 |
| (617) 282-2756 | (617) 526-6000 |

## CERTIFICATE OF SERVICE

I, Julie Murphy Clinton, hereby certify that on June 26, 2006, I caused a copy of the foregoing document to be served electronically and via first class mail upon plaintiff Loi Tan Nguyen.

/s/ Julie Murphy Clinton