UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 OCT -5  A 11: 08

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| LOI TAN NGUYEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-CV-11781-DPW |
| NMT MEDICAL, INC. | ) |
| Defendant. | ) |

### AFFIDAVIT OF PLAINTIFF LOI TAN NGUYEN

I, Loi Tan Nguyen, hereby depose and say under penalties of perjury:

Attached hereto are true and accurate copies of relevant documents as set forth below.

| EXIBIT | DOCUMENT |
|---|---|
| 1. | Document released by EEOC |
| 2. | Drawing describes plaintiff's new work area |
| 3. | Notice to employer of approved claim |
| 4. | Doctor's letter |

Signed under the pains and penalties of perjury this __5th__ day of August, 2006

Plaintiff

_[signature]_

LOI TAN NGUYEN

On this 5th day of Oct. 2006 before me, the undersigned notary public, personally appeared Loi Tan Nguyen, proved to me through satisfactory evidence of identification, which were Mass. Driver License, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

VY H. TRUONG, Notary Public
My Commission Expires January 16, 2009