UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOI TAN NGUYEN, | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) Civil Action No. 04-CV-11781-DPW </br> ) |
| NMT MEDICAL, INC. | ) </br> ) |
| Defendant. | ) </br> ) |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the defendant, NMT Medical, Inc., in the above-captioned matter.

/s/ Laura E. Schneider
Laura E. Schneider (BBO # 562030)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Dated:  March 15, 2007

## CERTIFICATE OF SERVICE

I, Laura E. Schneider, hereby certify that on March 15, 2007, I caused a copy of the foregoing document to be served electronically and by first class mail upon plaintiff Loi Tan Nguyen.

/s/ Laura E. Schneider