UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOI TAN NGUYEN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 04-CV-11781-DPW<br>) |
| NMT MEDICAL, INC. | )<br>) |
| Defendant. | )<br>) |

### PLAINTIFF'S COMPLAINT REGARDING DELAY ON SUMMARY JUDGEMENT ORDER

Plaintiff, Loi Tan Nguyen, hereby submits this complaint regarding delay in giving order of summary judgment by this court.

As of today it has been about 7 months since the deadline set by this court for the summary judgment on Aug 29, 2006 and the summary judgment has not been ordered.

Plaintiff respectfully requests this court to enter an order on summary judgment.

Plaintiff, pro se

Loi Tan Nguyen