UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LOI TAN NGUYEN,              )
    Plaintiff,               )   CIVIL ACTION NO.
                             )   04-11781-DPW
    v.                       )
                             )
NMT MEDICAL, INC.,           )
    Defendant.               )
```

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued on April 3, 2007, granting the Defendant's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: April 3, 2007