# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Loi TAN NGUYEN, Appellant

V.   CASE NO. 04-CV-11781-DPW

NMT Medical, Inc. Appellee

## NOTICE OF APPEAL

Notice is hereby given that **Loi NGUYEN** above named, hereby appeals from the **Summary Judgment Grant in Favor of Defendant** entered in the above entitled action on **April 3, 2007**.

By the Court,

4/30/07
Date

~~Deputy Clerk~~ pro se

(Notice of Appeal.wpd - 12/98)