UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 04-cv-11781

Loi Tan Nguyen

v.

NMT Medical, Inc.

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-37

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/30/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 22, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
   Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/23/7

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1807

- 3/06